UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                        CASE NO.  04-16482-BKC-RAM
SIMEI KRANTZ
THAYCET ROCIO ALCALA

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 88.77 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 8/31/09

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

SIMEI KRANTZ
THAYCET ROCIO ALCALA
688 NW 123RD PLACE
MIAMI, FL 33182

PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125

1ST CREDIT UNION
16300 E. 24 HWY
INDEPENDENCE, MO 64055

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

```
                    UNITED STATES BANKRUPTCY COURT
                      SOUTHERN DISTRICT OF FLORIDA


    IN RE:                              CASE NO.   04-16482-BKC-RAM
    SIMEI KRANTZ
    THAYCET ROCIO ALCALA

                                        CHAPTER 13


    SIMEI KRANTZ
    THAYCET ROCIO ALCALA
    688 NW 123RD PLACE
    MIAMI, FL 33182


    PATRICK L. CORDERO, ESQUIRE
    198 NW 37 AVENUE
    MIAMI, FL 33125


    1ST CREDIT UNION              ---------$         88.77
    16300 E. 24 HWY
    INDEPENDENCE, MO 64055

                                         UNDELIVERABLE/STALE
    U.S. Trustee                         CLAIM REGISTER# 13
    51 S.W. 1st Avenue
    Miami, Florida 33130
```